# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN C. VALLES,<br>    Plaintiff<br><br>    v.<br><br>WARDEN DAVID J. EBBERT, *et al.*,<br>    Defendants | No. 1:18-cv-1967<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, on this 31st day of July 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss and/or motion for summary judgment (Doc. No. 18) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Warden David J. Ebbert, SIS Officer Buebendorf, and Officer/Counselor Tharp and against Plaintiff Juan C. Valles; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge