# United States District Court
**MIDDLE DISTRICT OF PENNSYLVANIA**
**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| Juan C. Valles<br>    Plaintiff | Case No: 1:18-CV-1967 |
| V. | |
| Warden David J. Ebbert,<br>SIS Officer Buebendorf,<br>Officer/Counselor Tharp<br>    Defendants | Judge Sylvia H. Rambo |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, Warden David J. Ebbert, SIS Officer Buebendorf, Officer/Counselor Tharp , and against the Plaintiff, Juan C. Valles.

**Date:** July 31, 2019          **Peter Welsh, Clerk of Court**

                                 /s/ Mark J. Armbruster
                                       Deputy Clerk